UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRINCE TRE'QUAN RIDDLE-ALI,<br><br>Plaintiff,<br><br>v.<br><br>BELCALIS MARLENIS ALMANZA, et al.,<br><br>Defendants. | Case No.: 2:24-cv-01111-RFB-DJA<br><br>**ORDER**<br><br>(ECF No. 1) |

On June 14, 2024, pro se plaintiff Prince Riddle-Ali, an inmate in the custody of the Michigan Department of Corrections ("MDOC") and assigned MDOC #811130, submitted a complaint under 42 U.S.C. § 1983 and a document titled "Motion to Suspend Fees and Cost." (ECF Nos. 1-1, 1). But Plaintiff has not paid the full $405 filing fee, and his motion to suspend fees and cost does not constitute an application to proceed *in forma pauperis*. The Court denies Plaintiff's motion, and it grants him an extension of time to either pay the full $405 filing fee or properly apply for *in forma pauperis* status.

I.   **DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed in Forma Pauperis for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–

(2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.    CONCLUSION

It is therefore ordered that the Motion to Suspend Fees and Cost (ECF No. 1) is denied.

It is further ordered that Plaintiff has **until September 9, 2024**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Riddle-Ali the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

The Clerk of the Court is further directed to update the docket to reflect that Plaintiff's prison identification number is 811130, not 811150, and to resend Plaintiff the Advisory Letter (ECF No. 2).

DATED THIS 9th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE